■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS DI PAOLO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Tanenbaum, J.), imposed June 10, 1981, upon his conviction of robbery in the third degree, upon his plea of guilty, the sentence being a period of imprisonment of one year. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a term of imprisonment of six months. As so modified, sentence affirmed and case remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated. Lazer, J. P., Gibbons, Weinstein and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO GONZALES, Appellant. — Judgment of the County Court, Orange County (Ingrassia, J.), rendered December 30, 1980, affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Gibbons and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MERVIN JAMES, Appellant. — Judgment of the Supreme Court, Queens County (Leahy, J.), rendered November 6, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Lazer, O'Connor and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARCADIO LANDA, Appellant. — Judgment of the Supreme Court, Queens County (Dunkin, J.), rendered March 3, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Mangano, Weinstein and Bracken, JJ., concur.